UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | | |
|---|---|---|---|
| Plaintiff: | Larry J. McClatchey, Trustee | ) | Adversary Case No.    16-02141 |
| vs. | | ) | |
| Defendant: | United States of America<br>Department of Treasury<br>Internal Revenue Service;<br>State of Ohio Department of Taxation;<br>American Express Bank FSB;<br>Brightstar US, Inc.;<br>Cellco Partnership; and<br>Loren Brelsford | ) | |

# CERTIFICATE OF SERVICE

I, Larry J. McClatchey (name), certify that service of this summons and a copy of the complaint was made    August 24, 2016    (date) by:

☒ **Mail service**: Regular, first class United States mail, postage fully pre-paid, addressed to:

SENT BY REGULAR AND CERTIFIED MAIL

United States of America
Department of the Treasury
Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

U.S. Attorney, Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, OH  43215

U.S. Attorney General, United States
Main Justice Building, Room 5111
10th & Constitution Ave. NW
Washington, D.C.  20530

Mary Clinton
Internal Revenue Service
200 N. High Street
Room 425
Columbus, Ohio 43215

State of Ohio Department of Taxation
Attn: Rebecca Daum, Administrator
Bankruptcy Division
PO Box 530
Columbus, Ohio 43216

|  |  |
|---|---|
|  | Ohio Attorney General Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>150 East Gay Street, 21st Floor<br>Columbus, OH  43215<br><br>Brightstar US, Inc.<br>c/o CT Corporation System,<br>Statutory Agent<br>1300 East Ninth Street<br>Cleveland, Ohio 44114<br><br>Cellco Partnership<br>c/o CT Corporation System<br>Statutory Agent<br>1300 East Ninth Street<br>Cleveland, Ohio 44114<br><br>Loren Brelsford<br>9590 S. Old State Rd.<br>Lewis Center, OH. 43035<br><br>Loren Brelsford<br>c/o Marc J. Kessler, Esq.<br>Hahn Loeser & Parks, LLP<br>65 E. State Street, Suite 1400<br>Columbus, Ohio 43215 |
| ☐ **Personal Service**: By leaving the process with the defendant or with an officer or agent of defendant at: |  |
| ☐ **Residence Service**: By leaving the process with the following adult at: |  |
| ☒ **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant at: | SENT BY REGULAR AND CERTIFIED MAIL<br>American Express Bank FSB<br>c/o Kenneth I. Chenault, Chairman & CEO<br>4315 South 2700 West<br>Salt Lake City, UT 84184<br><br>American Express Bank FSB<br>c/o Becket & Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| ☐ **Publication**: The defendant was served as follows: [Describe briefly] |  |
| ☐ **State Law**: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly] |  |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| Date: | August 24, 2016 |
| Signature: | /s/Larry J. McClatchey |
| Print Name: | Larry J. McClatchey, Esq. |
| Business Address: | 65 E. State Street, Suite 1800<br>Columbus, Ohio 43215 |