# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 14-58250 |
| | : | Chapter 7 (Judge Preston) |
| LARRY J. MCCLATCHEY | : | |
| | : | |
| Larry J. McClatchey | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 16-ap-2141 |
| | : | |
| Internal Revenue Service, et al. | : | |
| | : | |
| Defendants. | : | |

## SPECIAL LIMITED NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICES ON BEHALF OF
## STATE OF OHIO DEPARTMENT OF TAXATION

PLEASE TAKE NOTICE that the State of Ohio, Department of Taxation appears herein by its Counsel, BRIAN M. GIANANGELI, for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

> Brian M. Gianangeli
> The Law Office of Charles Mifsud, LLC
> 6305 Emerald Parkway
> Dublin, OH 43016
> Phone – (614) 224-8313
> Fax – (614) 389-2294

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio.

This Special Limited Notice of Appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio or to consent to this Court's jurisdiction over the State of Ohio. Accordingly, this Special Limited Notice of Appearance does not constitute a waiver of sovereign immunity by the State of Ohio or any of its departments, agencies, boards or instrumentalities.

        Respectfully submitted,

/s/ Brian M. Gianangeli
Brian M. Gianangeli (0072028)
THE LAW OFFICE OF
CHARLES MIFSUD, LLC
Special Counsel to the Attorney General
6305 Emerald Parkway
Dublin, OH 43016
Phone – (614) 224-8313
Fax – (614) 389-2294
Attorney for The State of Ohio,
Department Of Taxation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served by US Mail and/or electronically via ECF, this 15th day of September, 2016 upon the following:

| | |
|---|---|
| Larry J. McClatchey<br>65 East State Street<br>Suite 1800<br>Columbus, OH 43215 | Office of the U.S. Trustee<br>170 North High Street, Suite 200<br>Columbus, OH  43215-2417 |

Internal Revenue Service
Department of the Treasury
Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

/s/ Brian M. Gianangeli
Brian M. Gianangeli (0072028)