Form 2ptrckp
(Rev. 01/14)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re:
Nick Glassburn
     Debtor(s)

Larry J. McClatchey, Plaintiff     v.

Internal Revenue Service, Defendant

Case No.: 2:14−bk−58250

Chapter: 7

Adversary No: 2:16−ap−02141

Judge: C. Kathryn Preston

## Notice of Pre−Trial Scheduling Conference

To the parties in this proceeding:

Please take notice that a pre−trial conference is set for:

ADDRESS: Conference Room, 4th Floor, U.S. Bankruptcy Court, 170 North High Street, Columbus, OH 43215

DATE: 11/16/16

TIME: 04:00 PM

Counsel are required to attend. If a party is not represented by counsel, then the party is required to attend. Failure to attend may result in entry of an order dismissing the action, granting judgment as requested, or some other dispositive order.

ADDITIONAL INFORMATION:

Dated: October 20, 2016

                                    FOR THE COURT:
                                    Kenneth Jordan
                                    Clerk, U.S. Bankruptcy Court

Parties may participate in pre−trial conferences held in Columbus by telephone. The party must contact CourtCall at (866)582−6878 by noon two (2) business days before the scheduled conference to make arrangements. Please see the Court website (Judge Preston's page) for telephone participation policies, procedures and other information.

Unless ordered by the Court, the parties are not required to file a pre−trial statement. However, the parties are reminded of the mandates of Fed. R. Civ. P. 26(a) regarding disclosures of information and Fed. R. Civ. P. 26(f) regarding parties' discovery planning and settlement conference.

Procedures regarding settlement or continuance of hearings or pre−trials may be found on the Court's website at www.ohsb.uscourts.gov. Select "Judges" drop down menu and select Judge Preston's webpage.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**