**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: December 5, 2016**

C. Kathryn Preston
United States Bankruptcy Judge

_____

4840-0999-9674

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No.: 14-58250 |
| Nick Glassburn | : | Chapter 7 |
| Debtor. | : | Judge: C. Kathryn Preston |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. |  |  |
| Larry J. McClatchey, Trustee | : | |
| Plaintiff, | : | Adv. No.: 16-02141 |
| vs. | : | |
| | : | |
| Internal Revenue Service et.al. | : | |
| Defendant. | : | |

**ENTRY OF FINAL JUDGMENT UPON AGREEMENT OF DEFENDANTS**
[Doc. #1]

This matter comes before the Court upon Plaintiff's *Objection to Secured Claims* [Doc. #1] ("Complaint"), the *Answer of United States of America, Internal Revenue Service* ("IRS") [Doc. #8]; the *Answer and Affirmative Defenses of Defendant Loren Brelsford* (Brelsford) filed September 23, 2016 [Doc. # 6]; and the agreement of Defendant State of Ohio, Department of Taxation, which has not yet filed its responsive pleading.  Plaintiff has filed his *Motion for Default Judgment* against Defendants American Express Bank FSB, Brightstar US, Inc., and Cellco Partnership ("Default Parties").

Plaintiff and Defendants IRS, Brelsford and Ohio Dept. of Taxation have reached an agreement to resolve the issues raised in the Complaint. Based on that agreement, as evidenced hereby, it is hereby

**ORDERED,** that neither the IRS nor Brelsford nor the Ohio Department of Taxation hold an interest secured by the net sum recovered by the estate from the sale of the Laver Lane Property in the amount of $209,458.61 ("Laver Lane Proceeds") or in the net sum recovered by the estate from the sale of the Hatherton Place Lot in the amount of $78,099.45 ("Hatherton Lot Proceeds"); and it is further

**ORDERED,** that any duly filed and allowable claims of the IRS, Brelsford or the Ohio Department of Taxation are allowed only as priority or general unsecured claims against the estate, as their interests may appear.

**IT IS SO ORDERED.**

Stipulated and agreed:

/s/ Larry J. McClatchey
Larry J. McClatchey (0012191)
Kegler, Brown, Hill + Ritter
65 E. State Street
Suite 1800
Columbus, Ohio 43215
(614)462-5400
lmcclatchey@kegerbrown.com
*Trustee and Attorney for Trustee*

/s/ Brian M. Gianangeli
Brian M. Gianangeli (0072028)
The Law Office of Charles Misfud, LLC
Special Counsel to the Attorney General
6305 Emerald Parkway
Dublin, Ohio 43016
(614)224-8313
bgianangeli@mifsudlaw.com
*Attorney for Defendant
State of Ohio Department of Taxation*

/s/ Rocco I. Debitetto
Rocco I. Debitetto (0059236)
Hahn Loeser & Parks, LLP
200 Public Square
Suite 2800
Cleveland, OH 44114-2301
(216)621-0150
ridebitetto@hahnlaw.com
*Attorney for Loren Brelsford*

/s/ Bethany J. Hamilton
Bethany J. Hamilton (0075139)
United States Attorney's Office
303 Marconi Blvd.
Suite 2000
Columbus, Ohio 43215
(614)469-5715
Bethany.Hamilton@usdoj.gov
*Attorney for Internal Revenue Service*

Copies to:
Larry J. McClatchey by ECF
Brian M. Gianangeli by ECF
Rocco I. Debitetto by ECF
Bethany J. Hamilton by ECF
American Express Bank FSB, c/o Kenneth I. Chenault, Chairman & CEO, 4315 South 2700 West, Salt Lake City, UT 84184
Brightstar US, Inc., c/o CT Corporation System, Statutory Agent, 1300 East Ninth Street, Cleveland, OH 44114
Cellco Partnership, c/o CT Corporation System, Statutory Agent, 1300 East Ninth Street, Cleveland, OH 44114

###